Beatrice Foods Company, a Foreign Corporation, et al., Plaintiffs-Appellants, v. J. Henry Luecht, et al., Defendants-Appellees.

P. H. Broughton, Doing Business as P. H. Broughton & Sons, Counterclaimant-Appellee, v. Beatrice Foods Company, a Foreign Corporation, Counterdefendant-Appellant.

Gen. No. 10,388. 

Third District.

May 16, 1962.

Livingstone, Mueller, Drake and Davlin, for appellants; Olsen & Cantrill for J. Henry Luecht, defendant-appellee; Frederick R. Pefferle, for Sam Latino, defendant-appellee; Giffin, Winning, Lindner & Newkirk, of Springfield, Alfred F. Newkirk, of counsel, Attorneys for P. H. Broughton, d/b/a P. H. Broughton & Sons, Robert P. Broughton and Nathan Robinson, for appellees. Opinion by JUDGE CARROLL. Not to be published in full.